IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAURA JACKSON,                 *
                               *
        Plaintiff,          *
                               *
          v.                *       CV 414-195
                               *
EVERGREEN REHABILITATION, LLC,    *
                               *
        Defendant.          *

## O R D E R

Presently before the Court is the parties'[1] stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 23.) Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _17th_ day of June, 2015.

                                               
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The docket reflects that Defendants Signature Healthcare Consulting Services, LLC and Signature Healthcare Clinical Consulting Services, LLC are still parties to this action. However, Plaintiff filed an amended complaint on September 26, 2014, naming only Defendant Evergreen Rehabilitation, LLC. (Doc. 10.) Moreover, in the Rule 26(f) report, Plaintiff represented that she desired to dismiss the Signature Defendants and for that reason did not include them in the Second Amended Complaint.
      "Under the Federal Rules, an amended complaint supersedes the original complaint." Fritz v. Standard Sec. Life Ins. Co. of N.Y., 676 F.2d 1256, 1358 (11th Cir. 1982). See also Cobb v. Ala. Dep't of Human Res., No. 2:09-cv-226, 2010 WL 2079872, at *2 (M.D. Ala. Apr. 30, 2010), adopted by 2010 WL 2079868 (M.D. Ala. May 24, 2010) (dismissing claims against individual defendants where the plaintiff, in an amended complaint, failed to name them in either the caption or the body of that complaint). Accordingly, the Clerk is **DIRECTED** to **TERMINATE** Signature Healthcare Consulting Services, LLC and Signature Healthcare Clinical Consulting Services, LLC as defendants in this matter.